UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEORGE SKAROS;<br>VASLLIASKAROS; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:15-CV-00640-JGB-KK<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 3, 2015　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE